UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA
NORTHEASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | PROTECTIVE ORDER |
| | ) | |
| V. | ) | |
| | ) | |
| MARQUES LYLE LITTLEWIND, SR. | ) | CASE NO. 2:08-cr-6 |

Pursuant to agreement of the parties, this Court orders that documents and other materials produced by the government during the discovery process not be given to Defendant. Defendant's counsel, or staff of Defendant's counsel, may review those documents and other materials with Defendant, but may not give him possession of them, or of any copies of them.

Dated this 28th day of January, 2008.

/s/ Alice R. Senechal
Alice R. Senechal
United States Magistrate Judge